UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60035-CIV-SMITH/VALLE

EWC FRANCHISE, LLC, *a Successor-in-Interest to EWC Franchise Group, Inc.*,

    Plaintiff,

v.

DOC Development, LLC,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 33], in which the Magistrate Judge recommends granting Plaintiff EWC Franchise, LLC's Motion for Attorneys' Fees [DE 27]. No objections have been filed to the Report and Recommendation. Thus, having reviewed, *de novo*, Magistrate Judge Valle's Report and Recommendation, the record, and given the Plaintiff did not object, it is

**ORDERED** that:

1. The Report and Recommendation to District Judge [DE 33] is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion for Attorneys' Fees [DE 27] is **GRANTED IN PART:**

a. Plaintiff is awarded $17,995 in attorneys' fees; and

b. Plaintiff is awarded $535.80 in costs.

3. The Court will enter a separate entry of judgment.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 13th day of January, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All parties of record